UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS BRITTENHAM, #252929,

    Plaintiff,

v.    CASE NO. 2:10-CV-12694
    HONORABLE PATRICK J. DUGGAN

JINDAL ROSALYN,

    Defendant.
_____/

## JUDGMENT

Plaintiff, Dennis Brittenham, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. For the reasons set forth in an Opinion & Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the complaint is **DISMISSED WITHOUT PREJUDICE.**

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Date: August 17, 2010

Copy To:
Dennis Brittenham, #252929
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221